

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00488-CV

Robert **DUNLAP**,
Appellant

v.

Charles **TROIS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On October 8, 2019, this court notified the court reporter that the reporter's record was late. The next day, the court reporter filed a notification of late record, stating that the reporter's record was not filed because appellant failed to request the record. The court reporter also stated that appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

Rule 34.6(b) of the Texas Rules of Appellate Procedure requires appellant to "request in writing that the official reporter prepare the reporter's record." *See* TEX. R. APP. P. 34.6(b). The request must designate the portions of the proceedings to be included as well as any exhibits. *Id.*

It is therefore **ORDERED** that appellant provide written proof **by October 28, 2019** that he has properly requested the record from the court reporter.

It is further **ORDERED** that appellant provide written proof **by October 28, 2019** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk